**UNITED STATES DISTRICT COURT**　　　　　　**EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| JOE MITCHELL, JR. and ROXANNE MITCHELL, | § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 1:18-CV-00497 |
| *versus* | § § | |
| TEXAS FARMERS INSURANCE COMPANY, | § § § | |
| Defendant. | § | |

### ORDER ACCEPTING JOINT STIPULATION OF DISIMSSAL WITH PREJUDICE

Pending before the court is the parties' *Rule 41(a) Joint Stipulation of Dismissal with Prejudice*. Doc. No. 29. The parties have reached a settlement. The stipulation is signed by all parties who have appeared. *See* FED. R. CIV. P. 41(a)(1)(A)(ii).

It is therefore **ORDERED** that the parties' *Rule 41(a) Joint Stipulation of Dismissal with Prejudice* (Doc. No. 29) is **GRANTED**. Accordingly, the above case is **DISMISSED WITH PREJUDICE** with each party to bear its own costs of court. The court retains jurisdiction to enforce any settlement. The Clerk is directed to close the case and deny all pending motions as moot.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 7th day of December, 2021.

*Marcia A. Crone*
_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE